EDMUND GOERKE, complainant-respondent,

*v.*

FRANKLIN TRUST COMPANY, LUTHER A. HARR, secretary of banking of the Commonwealth of Pennsylvania, defendants-appellants, and H. COLLIN MINTON, designated as ancillary receiver of Franklin Trust Company, respondent.

[Submitted October term, 1935. Decided May 20th, 1936.]

*Mr. A. Harry Moore,* for the defendants-appellants.

*Mr. John J. Stamler,* for the complainant-respondent.

*Mr. H. Collin Minton, pro se,* or the respondent.

PER CURIAM.

Having reversed the judgment in No. 153 of the October term, 1935 (*116 N. J. Law 529*), the record in Nos. 154 and 155 is hereby remanded to the court of chancery for appropriate proceedings in accordance with equity. We express no opinion on the matters and things stated in the unreported memorandum in the court below.

*For affirmance*—PERSKIE, HETFIELD, WELLS, WOLFSKEIL, JJ. 4.

*For modification*—THE CHIEF-JUTICE, LLOYD, CASE, BODINE, DONGES, HEHER, DEAR, RAFFERTY, JJ. 8.